Entered on Docket
November 04, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

ROBERTSON & BENEVENTO
SAM BENEVENTO
Nevada Bar No. 003676
1945 East Warm Springs
Las Vegas NV 89119
702/433-2000
Attorney for Debtor(s)
generaldelivery@nevlawyers.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In Re:

**MICHELLE DENIS**

Debtor(s).

)  Case No. BKS-08-20818 LBR
)  Chapter 13
)
)
)  Hearing Date:  October 29, 2009
)  Hearing Time:  2:30 pm
)
)
)
)
)

**ORDER APPROVING LOAN MODIFICATION**

This matter having come on regularly for hearing on Debtors' Motion to Approve Loan Modification as against Debtors' residential real property; good cause appearing therefore,

IT IS HEREBY ORDERED that Debtor is authorized to enter into the loan modification agreement with America's Servicing Company substantially in accordance with the terms set forth in Exhibit "A" attached hereto.

Submitted by:

_/s/ Sam Benevento_____
Sam Benevento
Attorney for Debtor

Approved as to form and content

_Yarnall waives signature_____
Rick A. Yarnall
Chapter 13 Trustee

In accordance with LR 9021, counsel submitting this document certifies as follows:

___ The court has waived the requirement of approval under LR 9021.
___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Trustee

###

ROBERTSON & BENEVENTO
1945 East Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 433-2000    Fax: (702) 269-8139



September 4, 2009

**SAM BENEVENTO**
1945 E WARM SPRINGS RD
HENDERSON NV 89119

NAME: MICHELLE DENIS
CASE: 0820818
LOAN: 1205301707

Dear Sir or Madam:

ASC previously obtained consent from your office to discuss workout options with the above referenced mortgagor(s). This letter is to advise that ASC is able to offer the mortgagors a plan that we hope is feasible and agreeable to both parties.

| CURRENT TERMS | 319 | Proposed Modified Terms | 319 |
|---|---|---|---|
| Current UPB | 295,997.80 | Modified UPB | 320,452.73 |
| Current Maturity Date | 04/01/2036 | Modified Mortgage Term | 04/01/2036 |
| Current Interest Rate | 7.125% (ARM) | Interest Rate | 4.000% (FIX) |
| Current Payment Due Date | 09/01/08 | Post Modification Due Date | 10/01/2009 |
| Current P & I | 1,757.49 | Post Modification P & I | 1,633.08 |
| Current Payment Amount | 2,017.37 | Estimated Modified Payment amount | 1,887.94 |
| Amount Capitalizing | 24,454.93 | Contribution Required | 4,782.51 |

Please review the proposal with your client. If the terms meet your approval as, in the best interest of your client, **proceed by filing a petition with the bankruptcy court to gain their consent to modify the first mortgage**. When written consent is obtained it should be forwarded to my attention. **Once received, we will generate the loan documents to you for original signatures**. ASC will then withdraw any proof of claim in this case and process, the modification as noted.

3476 STATEVIEW BLVD. FORT MILL, SC. 29715   PHONE: 815-577-9008 • FAX: 815-577-9031

If the case has already closed, forward our office a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.

**THE APPROVAL IS CONTINGENT ON COURT CONSENT OR RELEASE OF THE CASE.**

*With regards to a chapter 7 bankruptcy, due to the variance in requirements from district to district, ASC does not have a standard reaffirmation agreement to extend. If your client intends to reaffirm, please provide us with your district specific agreement. We will complete the required entries and return to your office for the required undue hardship analysis and filing with the respective court.*

Please call me at the number listed below, should you have any questions.
I thank you for your time and support in this case.

SINCERELY,

DONALD JOHNSON

Cc: MICHELLE DENIS