1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
3  208 South Jones Boulevard
   Las Vegas, Nevada 89107
4  Telephone:  702 258-8200
   Fax:  702 258-8787
5
   U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates,
6  Series 2006-4 by its attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home
7  Mortgage, Inc. .
   08-76998
8
                     UNITED STATES BANKRUPTCY COURT
9                         DISTRICT OF NEVADA
10
   In Re:                                    08-20818-lbr
11                                               Date:
   Michelle Denis                            Time:
12
13                                           Chapter 13
          Debtor
14

15         DECLARATION IN SUPPORT OF THE MOTION

16         FOR RELIEF FROM AUTOMATIC STAY

17  THE UNDERSIGNED DECLARES AND STATES:

18      1)      I am over eighteen years of age and am employed by Wells Fargo Bank N.A.,

19  servicer for Secured Creditor in the instant action.  I have personal knowledge of the foregoing, except

20  as to those matters stated under information and belief, and as to those matters I believe them to be

21  true, and if called upon as a witness I could and would competently testify thereto.

22      2)      I am employed as the Bankruptcy Loss Mitigation Negotiator with Wells Fargo bank,

23  N.A. and I am familiar with Secured Creditor's treatment of loans involved in Bankruptcy

24  proceedings.  The records in question are maintained under my control and supervision.

25
        3)      These documents include, but are not necessarily limited to, loan documents,
26
   including promissory notes and deeds of trust and assignments kept in the ordinary course of business,

entries are made in the records of U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4 by its attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. ., at or about the time of any loan activity reflecting that activity, and payment histories on the subject loan.

    4)    I have examined the files and records of Michele Denis for U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4 by its attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. regarding the Note and Deed of Trust that are the subject of this Declaration and I have confirmed that a loan modification was negotiated with debtor in December 2009. Any suspense funds were applied to debtor's account as follows:

12/29/09    $5990.43 in SUSPENSE
APPLIED AS FOLLOWS:
LATE CHARGE $1325.24
RECO FEES $247.53
BAD CHECK $0.00
INSPECTION $80.00
TOTAL $1652.77
SUSPENCE BALANCE: $4247.66

The remaining suspense funds were applied to the October 2009 through December 2009 post loan modification payments.

    5)    On April 20, 2010 check #1351 dated 4/12/10 and in the amount of $1,857.00 was received and applied to the January 2010 post petition payment. Debtor is now due and owing as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,856.65 | $5569.95 |
| (February 1, 2010 - April 1, 2010) | |
| 4 Late Charges at $81.65 | $326.60 |
| (January 1, 2010 - April 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense | ($426.13) |
| Total | $6,370.42 |

I declare under penalty of perjury that the foregoing is true and correct.

BY:

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on the April 19, 2010.

Notary Public

OFFICIAL SEAL
Notary Public
State of South Carolina
TIFFANY NICHOLS
My Commission Expires Aug. 3, 2016

1 | **WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
2 | Nevada Bar No. 004417
3 | 208 South Jones Boulevard
Las Vegas, Nevada 89107
4 | Telephone: 702 258-8200
bk@wildelaw.com
5 | Fax: 702 258-8787
and
6 | MARK S. BOSCO, ESQ.
7 | Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
8 | 2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
9 | Telephone: (602) 255-6000

Electronically Filed on _____

10 | U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates,
11 | Series 2006-4 by its attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. .
12 | **08-76998**

13 | UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
14 |

15 | In Re:                    08-20818-lbr
Date:
16 | Michelle Denis           Time:

17 |
Chapter 13
18 |          Debtor

19 | **CERTIFICATE OF MAILING**

20 | 1. On __5/11/10__ I served the following documents(s):
21 |

22 | DECLARATION IN SUPPORT OF THE MOTION FOR RELIEF FROM AUTOMATIC STAY

23 | 2. I served the above-named document(s) by the following means to the persons as listed below:

24 | X  a. ECF System

25 | Sam Benevento
26 | generaldelivery@nevlawyers.com
Attorney for Debtor

05/12/2010 04:41am          BK                      8033967439                      #415       Page 06

1

2      Rick A. Yarnall
       edfmail@lasvegas13.com
3      Trustee

4      **X   b. United States mail, postage fully prepaid:**

5

6      Sam Benevento
       1945 E. Warm Springs Road
7      Las Vegas, NV 89119
       Attorney for Debtor

8      Rick A. Yarnall
       701 Bridger Avenue #820
9      Las Vegas, NV 89101
10     Trustee

11     Michelle Denis
       324 Mount Hope St.
12     Henderson, NV 89014
13     Debtor

14     Ocwen Loan Servicing
       Attn: Managing Agent
15     12650 Ingenuity Drive
       Orlando, FL 32826
16

17     IRS
       Attention: Managing Agent
18     110 City Parkway, MS 5028
       Las Vegas, NV 89106

19

20     □   c. Personal Service

       I personally delivered the document(s) to the persons at these addresses:
21

22         □ 1.      For a party represented by an attorney, delivery was made by handing the

       document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by
23
       leaving the document(s) in a conspicuous place in the office.
24
           □ 2.      For a party, delivery was made by handing the document(s) to the party or by
25
       leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable
26
       age and discretion residing there.

◻  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

◻  **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

◻  **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this _____11th_____ day of May, 2010.

By: _____